UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RODRIGUEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>USF REDDAWAY, INC., an unknown business entity; YRC WOLDWIDE, INC., an unknown business entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:21-cv-02270-TLN-DB<br><br>**NOTICE OF RELATED CASE ORDER** |
| CARLOS RODRIGUEZ, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiffs,<br><br>v.<br><br>USF REDDAWAY, INC., an unknown business entity; YRC WOLDWIDE, INC., an unknown business entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:22-cv-00210-MCE-AC |

1

1    Examination of the above-entitled actions reveals that they are related within the meaning
2 of Local Rule 123(a).  The actions involve the same parties, are based on the same claims, the
3 same event, the same questions of fact and the same questions of law, and would therefore entail
4 a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the
5 matters to the same judge is likely to affect a substantial savings of judicial effort and is also
6 likely to be convenient for the parties.
7    IT IS THEREFORE ORDERED that the action denominated 2:22-cv-00210-MCE-AC is
8 hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Deborah Barnes for all
9 further proceedings.  Any dates currently set in the reassigned case are hereby VACATED.
10 Henceforth, the caption on documents filed in the reassigned case shall be known as 2:22-cv-
11 00210-TLN-DB.  IT IS FURTHER ORDERED that the Clerk of Court make appropriate
12 adjustment in the assignment of civil cases to compensate for this reassignment and issue.
13    IT IS SO ORDERED.
14 DATED:  February 16, 2022

Troy L. Nunley
United States District Judge