Edwin Aiwazian (SBN 232943)
 *edwin@calljustice.com*
Tara Zabehi (SBN 314706)
 *tara@calljustice.com*
Travis J. Maher (SBN 327206)
 *travis@calljustice.com*
Margaux Gundzik (SBN 340116)
 *m.gundzik@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff Carlos Rodriguez

Daniel A. Saunders (SBN 161051)
 *DSaunders@kasowitz.com*
Jennifer N. Hinds (SBN 301804)
 *JHinds@kasowitz.com*
**KASOWITZ BENSON TORRES LLP**
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
Tel: (424) 288-7900 / Fax: (424) 288-7901

Attorneys for Defendants
USF REDDAWAY, INC. and YELLOW CORPORATION,
erroneously sued as YRC WORLDWIDE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RODRIGUEZ, individually, and on behalf of other members of the general public similarly situated; <br><br> Plaintiff, <br><br> vs. <br><br> USF REDDAWAY, INC., an unknown business entity; YRC WORLDWIDE, INC. an unknown business entity; YELLOW CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.:  2:21-cv-02270-TLN-DB <br><br> Honorable Troy Nunley <br><br> **CLASS ACTION** <br><br> **ORDER GRANTING JOINT STIPULATION TO STAY DISCOVERY PENDING RULING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY ACTION** <br><br> Complaint Filed:  August 16, 2021 <br> Removal Filed: <br> December 9, 2021 |

ORDER

## ORDER

The Court having considered the Parties' Joint Stipulation to Stay Discovery Pending Ruling on Defendants' Motion to Compel Arbitration and Dismiss or Stay Action, and good cause appearing therefor, orders as follows:

All discovery is stayed until the Court issues its ruling on Defendants' Motion to Compel Arbitration and Dismiss or Stay Action.

**IT IS SO ORDERED.**

Dated: February 22, 2023

Troy L. Nunley
United States District Judge